# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-5179**

**September Term, 2021**

**1:22-cv-00975-UNA**

**Filed On:** August 24, 2022

Helene Tonique Laurent Miller,

       Appellant

    v.

Joseph R. Biden, Jr., President, et al.,

       Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Katsas and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's amended order filed June 15, 2022, be affirmed. The district court correctly concluded that appellant's complaint failed to comply with the requirements of Federal Rule of Civil Procedure 8(a). See Fed. R. Civ. P. 8(a) (requiring a complaint to contain "a short and plain statement of the grounds for the court's jurisdiction," "a short and plain statement of the claim showing that the pleader is entitled to relief," and "a demand for the relief sought").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

        BY:    /s/
                   Daniel J. Reidy
                   Deputy Clerk